DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Petitioner,

v.

**PETER AVSENEW,**
Respondent.

No. 4D17-568

[October 11, 2017]

Petition for writ of prohibition to the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ilona M. Holmes, Judge; L.T. Case No. 11-5061CF10A.

Pamela Jo Bondi, Attorney General, Tallahassee, and Lisa-Marie Lerner, Assistant Attorney General, West Palm Beach, for petitioner.

Howard Finkelstein, Public Defender, and Diane M. Cuddihy, Chief Assistant Public Defender, Fort Lauderdale, for respondent.

PER CURIAM.

The petition for writ of prohibition is granted, and the order precluding the State from seeking the death penalty is quashed. *State v. Lopez,* 219 So. 3d 865 (Fla. 4th DCA 2017); *State v. Chapman,* No. 4D17-428, 2017 WL 3727098 (Fla. 4th DCA Aug. 30, 2017).

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*